# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

OHIO DEMOCRATIC PARTY,

                  Plaintiff,

    v.

FRANK LAROSE, in his official capacity as
Ohio Secretary of State

                Defendant.

Case No. 2:19-cv-3774
Judge James L. Graham

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Ohio Democratic Party hereby gives notice that the above captioned action is voluntarily

dismissed, without prejudice, against the Defendant, Frank LaRose.

                Respectfully submitted,

                /s/*N. Zachary West*

                N. Zachary West (0087805)
                O'CONNOR, HASELEY, & WILHELM, LLC
                35 North Fourth Street, Ste. 340
                Columbus, OH 43215
                Telephone: (614)208-4375
                west@goconnorlaw.com
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2019, I filed the foregoing document using the Court's online-filing system, which will send a copy of the foregoing to all counsel of record.


/s/*N. Zachary West*_____

N. Zachary West, *Attorney for Plaintiff*